

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-22-00237-CR |
| EX PARTE: | § | Appeal from the |
| JASON JONES | § | 171st Judicial District Court |
| | § | of El Paso County, Texas |
| | § | Cause No. 970D08935-171-1 |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 1ST DAY OF SEPTEMBER, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.
Palafox, J., concurring